**Gloria VAPOREAN, Respondent,**

v.

**George VAPOREAN, Appellant.**

**No. ED 104758**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed May 30, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
27, 2017

ATTORNEYS FOR APPELLANT: Susan K. Roach, 8000 Maryland Avenue, Suite 760, Clayton, MO 63105.

ATTORNEYS FOR RESPONDENT: Bruce F. Hilton, 1099 Milwaukee Street, Suite 260, Kirkwood, MO 63122, Eric M. Tuncil, 7751 Carondelet Avenue, Suite 505, Clayton, MO 63105.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

George Vaporean ("Husband") appeals from the judgment entered in the dissolution action filed by Gloria Vaporean ("Wife"). Husband claims the trial court erred in (1) characterizing all of Husband's pension as marital property and dividing it before setting aside the nonmarital portion, (2) finding that neither party offered evidence of the value of the nonmarital portion of the pension, (3) valuing the pension based on Wife's expert's testimony, (4) denying Husband's request for maintenance and (5) denying Husband's request for attorney fees.

We have reviewed the briefs of the parties and the record on appeal and find Husband's claims of error to be without merit, and we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).